HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_allison@fd.org

Attorneys for Defendant
OLIVIER MARTIN ADZIMAH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> OLIVIER MARTIN ADZIMAH, <br><br> Defendant. | Case No.  16-mj-0079 MJS <br><br> REQUEST PURSUANT TO FEDERAL RULE OF CRIM PRO 43(B)(2) WAIVER OF APPEARANCE FOR THE INITIAL APPEARANCE <br><br> Date: November 1, 2016 <br> Time: 10:00 am <br> Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Olivier Martin Adzimah, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance.  Mr. Adzimah agrees that his interests shall be represented at all times by the presence of his attorney, Linda C. Allison, from the Office of the Federal Defender for the Eastern District of California, the same as if  he were personally present, and requests that this Court allow his attorney to represent his interests at all times.  This Court has the discretion under Rule 43(b)(2) to allow Mr. Adzimah   to be absent from the proceedings.

Mr. Adzimah is charged with 8 class B misdemeanors that all stem from a traffic incident on August 31, 2016.  Those include speeding, running a stop sign, reckless driving, evading officers, disobeying a lawful order, driving without a license, driving on a suspended license and driving an unregistered vehicle.

Mr. Adzimah resides in the Los Angeles area.  He has been unemployed for over a month.  This coming week he has temporary employment that would last approximately one week.  Mr. Adzimah's current mode of transportation is a motorcycle.  Rain and snow are currently in the forecast for the date set for his initial appearance in Yosemite National Park.  As this Court is aware, Yosemite is a remote location, the roads can be treacherous in the winter months and finding low price hotel rooms in the area can be very difficult.  For these reasons, this Court should exercise its discretion under Rule 43.

Mr. Adzimah has executed a financial affidavit which counsel will present to the Court at the time of the initial hearing.  Counsel has informed him personally of the charges pending and the maximum penalties for those charges.  A copy of the charging document has been sent to Mr. Adzimah as well.

Accordingly, Mr. Adzimah respectfully requests the Court grant a waiver of his right and obligation to be personally present.

Dated:  October 27, 2016

HEATHER E. WILLIAMS
Federal Defender

*/s/ LINDA C. ALLISON*
LINDA C. ALLISON
Chief Assistant Federal Defender
Attorney for Defendant
Olivier Martin Adzimah

I consent to the above.

Dated: October 27, 2016

  /s/   Oliver Martin Adzimah
OLIVIER MARTIN ADZIMAH
Defendant

**O R D E R**

No Good Cause Appearing, the above request for Defendant's waiver of personal appearance in case number 16-mj-0079 MJS is **DENIED** by order of the Court.

IT IS SO ORDERED.

Dated:   October 31, 2016            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE