HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
OLIVIER ADZIMAH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00079-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL; ORDER** |
| vs. | |
| OLIVIER ADZIMAH, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Olivier Adzimah, that the trial currently scheduled for July 13, 2017, may be continued to August 31, 2017, at 11:00 a.m.

The reason for this continuance is that the parties are engaged in plea negotiations and additional time is needed. The requested continuance will conserve time and resources for all parties and the Court, and may increase the parties' ability to resolve this matter short of trial. Based on the foregoing, the parties agree that the ends of justice are served by resetting the trial date, and both parties support this continuance.

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 30, 2017

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: June 30, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
OLIVIER ADZIMAH

# O R D E R

The foregoing Stipulation in case number 6:16-mj-00079-MJS is accepted. Trial of this matter is continued from July 13, 2017 to August 31, 2017, at 11:00 a.m.,

IT IS SO ORDERED.

Dated: July 2, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE