1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  JEROME PRICE
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5

6  Attorneys for Defendant
   OLIVER MARTIN ADZIMAH

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 6:16-MJ-00079-JDP

12            Plaintiff,                STIPULATION AND ORDER TO CONTINUE
                                        INITIAL APPEARANCE
13       v.

14  OLIVER MARTIN ADZIMAH,             DATE:      January 15, 2019
                                       TIME       10:00 a.m.
15            Defendant.               JUDGE:     Hon. Jeremy D. Peterson

16       IT IS HEREBY STIPULATED, by and between the parties, through their respective

17  Counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

18  Federal Defender Jerome Price, counsel for Oliver Martin Adzimah, that the Court continue the

19  January 15, 2019 hearing to April 17 at 10:00 a.m.  Defendant sustained multiple injuries from a

20  motorcycle accident and upon doctor's orders is not medically able to travel.  The parties thus

21  request that the Court continue Mr. Adzimah's January 15, 2019 hearing to April 17, 2019, at

    10:00 a.m.
22
    / / /
23
    / / /
24
    / / /
25
    / / /
26
    / / /
27
    / / /
28

                                        -1-

DATED: January 9, 2019                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Jerome Price*
                                          JEROME PRICE
                                          Assistant Federal Defender
                                          Attorneys for OLIVER MARTIN ADZIMAH


DATED: January 9, 2019                    MCGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Susan St. Vincent*
                                          SUSAN ST. VINCENT
                                          Yosemite Legal Officer
                                          Attorney for Plaintiff

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the January 15, 2019 hearing for Oliver Martin Adzimah, Case No. 6:16-mj-00079-JDP, is continued to April 17, 2019 at 10:00 a.m.


IT IS SO ORDERED.


Dated:    January 10, 2019

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE