HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
OLIVIER MARTIN ADZIMAH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:16-MJ-00079 JDP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING INITIAL APPEARANCE** |
| | ) | |
| OLIVIER MARTIN ADZIMAH, | ) | |
| | ) | Date: April 17, 2019 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Olivier M. Adzimah, that the initial appearance scheduled for April 17, 2019, may be continued to June 12, 2019, at 10:00 a.m.

Mr. Adzimah is before the Court in connection with a probation violation petition (doc. 17). As noted in a prior stipulation (doc. 21) Mr. Adzimah sustained multiple injuries in a motorcycle accident. He has provided government counsel written confirmation of surgery scheduled for April 11 and confirmation from his treating physician that he is temporarily totally disabled through his recovery (the doctor estimates his disability will continue to June 1, 2019).

/ / / / /

/ / / / /

-1-

Mr. Adzimah remains in regular contact with defense counsel and the parties will continue to review the case during his recovery (discovery was provided this week). Undersigned defense counsel is also assigned to the Yosemite Court on June 12, which will help assure continuity of counsel.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  April 5, 2019          /s/ T. Zindel_____
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for OLIVIER M. ADZIMAH


                               McGREGOR SCOTT
                               United States Attorney

Dated:  April 5, 2019          /s/ T. Zindel for S. St. Vincent
                               SUSAN ST. VINCENT
                               Legal Officer

**O R D E R**

The initial appearance scheduled for April 17 is continued to June 12, 2019, at 10:00 a.m., for the reasons set forth above.

IT IS SO ORDERED.

Dated:   April 12, 2019                    _____
                                           UNITED STATES MAGISTRATE JUDGE