| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | timothy_zindel@fd.org |

Attorney for Defendant
OLIVIER MARTIN ADZIMAH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-MJ-00079 JDP |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING INITIAL APPEARANCE** |
| | ) **AND TO APPEAR BY VIDEO** |
| OLIVIER MARTIN ADZIMAH, | ) **CONFERENCE** |
| Defendant. | ) |
| | ) Date: June 12, 2019 |
| | ) Time: 10:00 a.m. |
| | Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Olivier M. Adzimah, that the initial appearance scheduled for June 12, 2019, may be continued to June 25, 2019, at 10:00 a.m. The parties further agree that Mr. Adzimah may appear via video conference from the U.S. District Court in Los Angeles. California, where he resides, because his physical condition currently precludes travel to Yosemite.

Mr. Adzimah is before the Court in connection with a probation violation petition (doc. 17). As noted in a prior stipulation (doc. 21) Mr. Adzimah sustained multiple serious injuries in a motorcycle accident. He has provided written confirmation of his surgery and his doctor has confirmed he is not presently able to travel long distances. However, he is able to appear by

-1-

video teleconference on June 25, 2019, if the Court approves it, and the parties have agreed to continue the hearing to June 25th for that purpose, hoping to avoid a longer continuance. Assistant Federal Defender Linda Allison will be present in the park on June 25th and will work together with undersigned defense counsel to prepare for the appearance.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 5, 2019 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for OLIVIER M. ADZIMAH

McGREGOR SCOTT
United States Attorney

Dated: June 5, 2019 /s/ T. Zindel for S. St. Vincent
SUSAN ST. VINCENT
Legal Officer

## ORDER

The initial appearance scheduled for June 12, 2019 is continued to June 25, 2019, at 10:00 a.m., for the reasons set forth above. Mr. Adzimah may appear by video conference from the District Court in Los Angeles, California.

IT IS SO ORDERED.

Dated: June 5, 2019

_____
UNITED STATES MAGISTRATE JUDGE