Case 6:16-mj-00079-MJS   Document 27   Filed 06/25/19   Page 1 of 3

AO 245D-CAED (Rev. 02/2018) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **OLIVIER MARTIN ADZIMAH** | Criminal Number: **6:16MJ00079-001** |
| | Defendant's Attorney: Linda Allison, Assistant Federal Defender |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charge   ONE   as alleged in the violation petition filed on   9/17/2018   .

[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___ .

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| ONE | FAILURE TO OBEY ALL LAWS | 9/27/2017 |

The court:   [✓] revokes:    [ ] modifies:    [ ] continues under same conditions of supervision heretofore ordered on   9/22/2017   .

       The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

       It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | 6/25/2019 |
|---|---|
| | Date of Imposition of Sentence |
| | /s/ Jeremy D. Peterson |
| | Signature of Judicial Officer |
| | **Jeremy D. Peterson**, United States Magistrate Judge |
| | Name & Title of Judicial Officer |
| | 7/1/2019 |
| | Date |

AO 245B-CAED (Rev. 02/2018) Sheet 2 - Imprisonment

DEFENDANT: **OLIVIER MARTIN ADZIMAH**　　　　　　　　　　　　　　　　　　　　　　Page 2 of 3
CASE NUMBER: **6:16MJ00079-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>20 days of straight time</u>.

- [ ] No TSR: Defendant shall cooperate in the collection of DNA.

- [ ] The court makes the following recommendations to the Bureau of Prisons:

- [ ] The defendant is remanded to the custody of the United States Marshal.

- [✓] The defendant shall surrender to the United States Marshal for this district
  - [✓] at <u>2:00 PM</u> on <u>7/26/2019</u>.
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before ___ on ___.
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Officer.

  If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

　　Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Marshal

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　By Deputy United States Marshal

AO 245B-CAED (Rev. 02/2018) Sheet 4 - Misdemeanor Probation

DEFENDANT: **OLIVIER MARTIN ADZIMAH**
CASE NUMBER: **6:16MJ00079-001**

Page 3 of 3

## PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>12 months unsupervised probation</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in the defendant's address. If represented, the defendant shall provide such notice through counsel.
4. The defendant shall personally appear for a probation review hearing on May 19, 2020, at 10:00 a.m., before U.S. Magistrate Judge Peterson. Shortly before this hearing, if the defendant has successfully complied with the terms of probation, he may request that the probation review hearing be vacated and that his term of probation be immediately terminated. If represented, the defendant shall make any such request through counsel.
5. The defendant shall advise the court and the government officer within seven days of being charged, cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.
6. The defendant shall serve 20 days in custody. Custody time is to begin on 7/26/2019 at 2pm. The defendant must report to the US Marshals for pre-custody booking at least one week prior.
7. The defendant is ordered to not ride motorcycles for the duration of probation.