HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
OLIVIER MARTIN ADZIMAH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00079-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING; ORDER** |
| vs. | |
| OLIVIER MARTIN ADZIMAH, | |
| Defendant. | |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Olivier Martin Adzimah, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for May 19, 2020.

On September 22, 2017, the Honorable Michael J. Seng sentenced Mr. Adzimah to a term of 24 months unsupervised probation and to pay a fine and special assessments totaling $2,500.00.  On June 25, 2019, the Honorable Jeremy D. Peterson sentenced Mr. Adzimah on a violation of probation to 20 days in custody commencing on July 26, 2019 and an additional 12 months unsupervised probation.  Mr. Adzimah completed his custody sentence, has paid his fine in full and is in compliance with all terms of his sentence of probation.  Because Mr. Adzimah's term of incarceration was less than 30 consecutive days, it is concurrent with his term of probation. 18 U.S.C. § 3564(b).  The undersigned defense counsel respectfully moves the

1 | court to vacate the review hearing.  The government does not object.
2 |           Respectfully submitted,
3 |
4 |           McGREGOR W. SCOTT
          United States Attorney
5 | Dated:  May 14, 2020     /s/ Susan St. Vincent
          SUSAN ST. VINCENT
6 |           Acting Legal Officer
          National Park Service
7 |           Yosemite National Park
8 |
9 |           HEATHER E. WILLIAMS
          Federal Defender
10 |
11 | Dated: May 14, 2020     /s/ Benjamin A. Gerson
          BENJAMIN A. GERSON
12 |           Assistant Federal Defender
          Attorney for Defendant
13 |           OLIVIER MARTIN ADZIMAH

Case 6:16-mj-00079-MJS   Document 31   Filed 05/15/20   Page 3 of 3

ORDER

Based on the parties' joint representation that Mr. Adzimah is in compliance with the conditions of his probation, the court vacates the review hearing in case 6:16-mj-00079-JDP scheduled for May 19, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 14, 2020

_____
UNITED STATES MAGISTRATE JUDGE

Adzimah – Stipulation to
Vacate Review Hearing                                    3